

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00020-CR

**IN RE STATE OF TEXAS**, ex. rel. Todd A. 'Tadeo' Durden, County Attorney

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
Irene Rios, Justice
Liza A. Rodriguez, Justice

Delivered and Filed: April 22, 2020

PETITION FOR WRIT OF MANDAMUS DENIED

On January 10, 2020, relator filed a petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

Do not publish

---

[1] This proceeding arises out of Cause Nos. 10041CR,10056CR, 10122CR, 10134CR,9711CR, 9712CR, 9892CR, styled *The State of Texas v. Mark Anthony Gonzalez* (Cause No. 10041CR), and twenty-one other cases, pending in the County Court, Kinney County, Texas. The Honorable Sid L. Harle signed the order at issue in this original proceeding.